IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02302-RPM

K.R., as parent and next friend of K.C., a minor,

        Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,
THOMAS BARNES,
NICK MANGIONE,
STEVEN THOMAS and
ALEX CHURCH,

        Defendants.
_____

ORDER MODIFYING SCHEDULING ORDER
_____

        The Court having considered School District's Unopposed Motion to Modify Scheduling Order, filed August 2, 2005, it is

        ORDERED that the School District's motion for an extension of time to respond to plaintiff's discovery requests is granted to and including August 29, 2005, and it is

        FURTHER ORDERED that the deadline for designation of experts is extended to September 9, 2005, and it is

        FURTHER ORDERED that the deadline for designating any rebuttal experts is

extended to October 14, 2005.

DATED: August 2, 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge