IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 5 2006

GREGORY C. LANGHAM

Civil Action No. 04-cv-02302 - RMP

KRISTINE ROST, as parent and next friend of K.C., a minor,

Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT;  THOMAS BARNES;  NICK MANGIONE;  STEVEN THOMAS, by his parent and next friend, JACQUELINE M. SAARI, and ALEX CHURCH,

Defendants.

---

## ORDER

---

The Court, having reviewed the Stipulation for Dismissal With Prejudice of Claims Against Defendant Steven Thomas and Jacqueline M. Saari as Parent and Next Friend of Steven Thomas, and being fully advised in the premises, hereby GRANTS the parties' request and hereby orders that Steven Thomas and Jacqueline M. Saari, as Parent and Next Friend of Steven Thomas be dismissed from this action with prejudice.

DATED this _15<sup>d</sup>_ day of _February_, 2006.

BY THE COURT

_____

Judge, United States District Court
For the District of Colorado