IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  **04-CV-2302-RPM (OES)**

**KRISTINE ROST, as parent and next friend of K. C., a minor,**

Plaintiff,

v.

**STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT; THOMAS BARNES a minor, through his parent and next friend SCOTT BARNES; NICK MANGIONE; STEVEN THOMAS, by his parent and next friend, JACQUELINE M. SAARI; and ALEX CHURCH,**

Defendants.

_____

**ORDER RE:  MOTION TO REMOVE ATTORNEY FROM
COURT RECORDS AND FILINGS**
_____

THIS MATTER having come before the Court upon Plaintiff's Motion to Remove Attorney from Court Records and Filings and the Court being fully advised, hereby ORDERS that Sabina Y. Chung shall be removed by the Court as attorney of record for Plaintiff from the Court's records, including, but not limited to, the filing list.

DONE and SIGNED this 17th day of May, 2006.

BY THE COURT:

s/Richard P. Matsch
_____
Judge