IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02302-RPM

KRISTINE ROST, as parent and next friend of K.C., a minor,

    Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT; THOMAS BARNES; NICK MANGIONE; STEVEN THOMAS; and ALEX CHURCH,

    Defendants.

### ORDER FOR DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT, THOMAS BARNES, ONLY

    THIS MATTER coming on to be heard pursuant to stipulation of the Plaintiff and Defendant Thomas Barnes, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that Defendant Thomas Barnes is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

    DONE this 13th day of July, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              United States District Court Judge