IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-2302-RPM (OES)

**KRISTINE ROST, as parent and next friend of K. C., a minor,**

Plaintiff,

v.

**STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT; THOMAS BARNES a minor, through his parent and next friend SCOTT BARNES; NICK MANGIONE; STEVEN THOMAS, by his parent and next friend, JACQUELINE M. SAARI; and ALEX CHURCH,**

Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S
CLAIMS AGAINST DEFENDANT NICK MANGIONE**

---

THE COURT, after having considered Plaintiff's and Defendant Nick Magione's Stipulation for Dismissal With Prejudice, hereby Orders that Plaintiff's claims against Defendant Nick Mangione are dismissed with prejudice, each party to bear his own costs.

Dated: 1-10-07

BY THE COURT:

_____
JUDGE

1