IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02302-RPM

KRISTINE ROST, as parent and next friend of K.C., a minor,

       Plaintiff,

v.

STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT,

       Defendant.

---

ORDER DENYING STEAMBOAT SPRINGS RE-2 SCHOOL DISTRICT'S MOTION TO REVIEW TAXATION OF COSTS

---

       Following the receipt of the mandate of the Tenth Circuit Court of Appeals and the affirmance of this Court's grant of summary judgment to the defendants Steamboat Springs RE-2 School District, the Court has reviewed that defendant's motion to review taxation of costs and the plaintiff's response and finds and concludes that given the disposition of this case on summary judgment and the failure to establish the necessity for the depositions the cost of which are now being sought, it is

       ORDERED that the motion to review taxation of costs is denied.

       DATED: April 17th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge